**FILED**

APR 2 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1:26 CR 00202** |
| | ) | Title 18, United States Code, |
| JUSTIN NORMAN, | ) | Sections 922(g)(1) and (a)(8) |
| | ) | |
| Defendant. | ) | |
| | ) | **JUDGE RUIZ** |
| | ) | |

COUNT 1
(Felon in Possession of a Firearm and/or Ammunition, 18 U.S.C. §§ 922(g)(1), and
(a)(8))

The Grand Jury charges:

1.     On or about February 24, 2026, in the Northern District of Ohio, Eastern Division, Defendant JUSTIN NORMAN, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Attempted Felonious Assault on a Peace Officer, on or about May 6, 2022, in Case Number CR-21-666433, in the Cuyahoga County Common Pleas Court, Drug Trafficking, on or about May 6, 2022, in Case Number CR-21-657707, in the Cuyahoga County Common Pleas Court, Drug Trafficking, on or about May 6, 2022, in Case Number CR-21-656213, in the Cuyahoga County Common Pleas Court, Drug Possession, on or about May 31, 2018, in Case Number CR-17-624267-C, in the Cuyahoga County Common Pleas Court, and Drug Trafficking, on or about January 5, 2016, in Case Number CR-15-599575, in the Cuyahoga County Common Pleas Court, did knowingly possess a firearm in and affecting interstate commerce, to wit: a Taurus, Model TH40C, .40 caliber pistol bearing serial number bearing ADE417623, in violation of Title 18, United States Code, Sections 922(g)(1), and (a)(8).

1

## FORFEITURE

The Grand Jury further charges:

2.      The allegation contained in Count 1 is hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant JUSTIN NORMAN shall forfeit to the United States any and all firearms and ammunition involved in or used in commission of the firearms offense charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2